IN THE SUPREME COURT OF THE STATE OF NEVADA

LISA BERRYMAN,
Appellant,
vs.
MAJESTIC COLONIAL PUNTA CANA
RESORT, A FOREIGN COMPANY
(DOMINICAN REPUBLIC),
Respondent.

No. 80476

**FILED**

MAR 1 3 2020

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

*ORDER DISMISSING APPEAL*

This appeal was docketed on January 27, 2020, without payment of the requisite filing fee. That same day, a notice issued directing appellant to pay the filing fee within 10 days or the appeal will be dismissed. To date, appellant has not paid the filing fee or otherwise responded to this court's notice. Accordingly, this appeal is dismissed.

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: Harriet Cummings

cc: Hon. Trevor L. Atkin, District Judge
Brandon L. Phillips, Attorney At Law, PLLC
Wilson, Elser, Moskowitz, Edelman & Dicker, LLP/Las Vegas
Eighth District Court Clerk

20-09959